7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Timothy Martin Suiter (TRNSFD TO WESTERN DIV)
*Debtor*

*Bankruptcy Case No.*
11–50617–can7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
15–04004–can

v.

**Timothy Martin Suiter**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: DECREED that the discharge of Timothy Martin Suiter hereby is DENIED; and it is further
ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/21/15

Court to serve